UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-22010-civ-MARTINEZ-GOODMAN

RENZO BARBERI,

      Plaintiff,

      vs.

MAJA, INC., a Florida
Profit Corporation d/b/a
SEDANO'S SUPERMARKET
#4, and AGUSTIN HERRAN TRS

      Defendants
_____/

**MOTION FOR EXTENSION OF TIME
TO FILE A RESPONSE TO DEFENDANTS' MOTION TO DISMISS**

Plaintiff, RENZO BARBERI, by and through undersigned counsel, moves for an extension of time of fourteen days (14) days up to and including February 17, 2017, to file a Response to Defendants' Motion for Dismissal under Rule 12(b)(1), or in the alternative, Motion for Summary Judgment (hereinafter "Motion to Dismiss") [DE 22], and in support, states as follows:

1. Plaintiff filed the above styled action against the Defendants for alleged violations of Title III of the Americans with Disabilities Act, 42 U.S.C. §12181, et seq.("ADA"), pursuant to which Plaintiff seeks injunctive relief and attorneys' and expert's fees, expenses and costs. [DE 1]

2. Defendants filed the Motion to Dismiss alleging that all ADA deficiencies have been corrected and that the issues in the Complaint are now moot. [DE 22]

3. The undersigned counsel respectfully requests additional time to independently verify

the veracity of Defendants' claims.

4. Therefore, Plaintiff respectfully requests additional time to respond to the Motion to Dismiss.

5. The undersigned certifies to this Honorable Court that this is the first and only motion to extend time requested to date, and that he will work diligently to ensure that no further requests will be made.

6. This request for an extension of time will not prejudice the Defendants.

7. The relief requested herein is for good cause and will not result in undue delay in the administration of this case.

8. The undersigned counsel asserts that this motion for extension of time is made in good faith and not for dilatory reasons or an improper purpose.

9. In full compliance with Local Rule 7.1(A)(3), the undersigned certifies that he has conferred with counsel for the Defendants, and said counsel is opposed to the extension of time request.

WHEREFORE, Plaintiff respectfully requests this Honorable Court enter its Order providing the Plaintiff an additional fourteen (14) days, up to and including February 17, 2017, to respond to Defendants' Motion to Dismiss.

Respectfully submitted,

By: s/Ronald Stern
Ronald E. Stern, Esq.
Florida Bar No. 10089
THE ADVOCACY LAW FIRM, P.A.
1250 E. Hallandale Beach Blvd., Suite 503
Hallandale Beach, Florida 33009
Telephone:   (954) 639-7016
Facsimile:    (954) 639-7198
Attorney for Plaintiff, RENZO BARBERI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-22010-civ-MARTINEZ-GOODMAN

RENZO BARBERI,

       Plaintiff,

       vs.

MAJA, INC., a Florida
Profit Corporation d/b/a
SEDANO'S SUPERMARKET
#4, and AGUSTIN HERRAN TRS

       Defendant
_____/

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on this 31st day of January, 2017, I electronically filed the foregoing with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record, corporations, or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or Via U.S. Mail for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: s/Ronald Stern
Ronald E. Stern, Esq.
Florida Bar No. 10089
THE ADVOCACY LAW FIRM, P.A.
1250 East Hallandale Beach Blvd.
Suite 503
Hallandale Beach, Florida 33009
Telephone:  (954) 639-7016
Facsimile:   (954) 639-7198
Attorney for Plaintiff, RENZO BARBERI

## **SERVICE LIST:**

RENZO BARBERI vs. MAJA, INC., a Florida Profit Corporation d/b/a
SEDANO'S SUPERMARKET #4, and AGUSTIN HERRAN TRS

### **CASE NO: 1:16-cv-20621-DPG**

United States District Court, Southern District Of Florida

Carlton A. Bober, Esq.
CBober@Florida-Law.com
Vernis & Bowling of Broward, P.A.
5821 Hollywood Blvd., First Floor
Hollywood, FL 33021
Telephone: (954) 927-5330
Attorney for Defendants

**VIA CM/ECF**


Evan A. Zuckerman, Esq.
EZuckerman@florida-law.com
Vernis & Bowling of Broward, P.A.
5821 Hollywood Blvd.
Hollywood, FL 33021
Tel: (954) 927-5330
Attorney for Defendants

**VIA CM/ECF**